JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Hao ZHANG

ORIGINAL
FILED

APR 2 0 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Hao ZHANG | ) | Case No.: C 06 2708 MHP |
| Plaintiff | ) | **COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS** |
| vs. | ) | |
| *Michael Chertoff,* Secretary of the Department of Homeland Security; | ) | |
| *Emilio T. Gonzalez,* Director, U.S. Citizenship and Immigration Services; | ) | |
| *David Still,* San Francisco District Director, U.S. Citizenship and Immigration Services; | ) | |
| *Robert S. Mueller,* Director of Federal Bureau of Investigation | ) | |
| Defendants. | ) | "Immigration Case" |

Plaintiff, Hao ZHANG, by and through his undersigned attorney, sues Defendants and states as follows:

1.     This action is brought against the Defendants to compel action on an Application to Adjust to Permanent Resident Status, or Form I-485, properly filed by the Plaintiff. The application remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

### PARTIES

2.     Plaintiff Hao ZHANG is a native and citizen of China. He filed an Application to Register Permanent Resident or Adjust Status (Form I-485) on March 5, 2003, and is seeking to become lawful permanent resident of the United States.

---

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                                    F:\NANCY\Mandamus\ZHANG. Hao\Complaint.wpd

3.      Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity.  He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R.  2.1.

4.      Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Service (USCIS), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision.  Defendant Director is generally charged with the overall administration of benefits and immigration services.  8 C.F.R. § 100.2(a)

5.      Defendant David Still, San Francisco District Director, is an official of the USCIS generally charged with supervisory authority over all operations of the USCIS within his District with certain specific exceptions not relevant here.  8 C.F.R. §100.2(d)(2)(ii).  As will be shown, Defendant Director is the official with whom Plaintiff's I-485 Application remains pending.

6.      Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State.  As will be shown, Defendant has failed to complete the security clearances on Plaintiff's case.

### JURISDICTION

7.      Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.*  Relief is requested pursuant to said statutes.

### VENUE

8.      Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff resides if no real property is involved in the action.  Specifically, Plaintiff resides at 43323 Banda Ter, Fremont, California and no real property is involved in the instant action.

### EXHAUSTION OF REMEDIES

9.      Plaintiff has exhausted her administrative remedies.

### CAUSE OF ACTION

10.     On March 5, 2003, Plaintiff Hao ZHANG filed his Form I-485 (Application to Register

1  Permanent Resident or Adjust Status) based on his approved asylum on December 12, 2001.

2  11.    On April 17, 2006, Plaintiff Hao ZHANG was interviewed on his I-485 application at the

3  USCIS San Francisco District Office. He was informed that his FBI name check has been pending

4  since 2003 and this appears to be the only reason that his I-485 Application cannot be adjudicated

5  at this time.

6  **(Exhibit 1: Copy of Interview Notice)**

7  15.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance

8  with the law. Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff's

9  I-485 application for more than three years and one months from the date of filing, thereby

10  depriving him of the right to a decision on his application and the peace of mind to which Plaintiff

11  is entitled.

12  16.    Plaintiff has been damaged by the failure of Defendants to act in accord with their duties

13  under the law.

14       (a)    Plaintiff Hao ZHANG has been damaged  by simply being deprived of the

15              adjudication of his Application to Adjust to Permanent Resident Status for over

16              three years and one months.  Plaintiff has also been unable to plan or pursue a

17              future course of action in the United States due to the pendency of his I-485

18              application.

19  17.    The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*,

20  are unlawfully withholding or unreasonably delaying action on Plaintiff's I-485 application and

21  have failed to carry out the adjudicative functions delegated to them by law with regard to

22  Plaintiff's case.

23                                    **PRAYER**

24  18.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

25  respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

26  the Court enter an order:

27       (a)    requiring Defendants to expeditiously complete the Security Check on Plaintiff's
     application of  adjustment of status;

28

---

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                    3                    F:\NANCY\Mandamus\ZHANG. Hao\Complaint.wpd

1    (b)    requiring San Francisco District Office to process the case to conclusion;

2    (c)    awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act;

3    (d)    granting such other relief at law and in equity as justice may require.

4

5

Dated:        April 19, 2006                           Respectfully submitted,

6

7

8                                                      Justin X. Wang, Esq.
9                                                      Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---