1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4  Email: Lawbw@aol.com

5  Attorney for Plaintiff
   Hao ZHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Hao ZHANG | ) Case No.: C 06-2708 MHP |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| *Michael Chertoff*, Secretary of the Department of Homeland Security; *Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services; *David Still*, San Francisco District Director, U.S. Citizenship and Immigration Services; *Robert S. Mueller*, Director of Federal Bureau of Investigation | ) Immigration Case |
| Defendants. | ) |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily dismisses that above-captioned action without prejudice.

Date: April 28, 2006

_____
Justin X. Wang, Esq.
Attorney for Plaintiff

IT IS SO ORDERED
Judge Marilyn H. Patel

Case No.:
Plaintiff's original complaint for writ in the nature of mandamus          F:\NANCY\Mandamus\ZHANG, Hao\dismissal.wpd